UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARTHUR GURDEK                                    JURY TRIAL DEMANDED

v.                                               CASE NO.  3:15CV

GRAGIL ASSOCIATES, INC.
WILLIAM GILBODY

<u>COMPLAINT</u>

1.   This is an action pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq.

2.   This Court has jurisdiction. 15 U.S.C. §1692k; 28 U.S.C. §1331 and §1367.

3.   Plaintiff is a natural person and a citizen of Connecticut.

4.   The Defendant Gragil is licensed as a Consumer Collection Agency by the State of Connecticut, Department of Banking.

5.   The Defendant Gragil has been a member of a collectors' trade organization, ACA International, since 1975.

6.   ACA provides educational and training material to help members comply with the FDCPA.

7.   The defendant Gilbody is the President, Chief Executive Officer, Compliance Officer, and Director of Collections of Gragil. Mr. Gilbody adopted, ratified, and approved the collection actions at issue in this matter.

8.   The defendants use the mails in regular efforts to collect personal accounts from consumers on behalf of third parties.

9.   In and after March, 2015, Gragil sent several letters to plaintiff with regard to his personal medical accounts.

10. Each letter included a different balance for the same creditors.

11. Plaintiff's account number was visible on the face of each envelope.

12. Defendants were notified that including the account number on the windowed envelope had been held a violation of the FDCPA. <u>Douglass v. Convergent Outsourcing</u>, 765 F.3d 299 (3d Cir. 2014).

13. Defendants thereafter continued to send letters with the account number visible on the face of the mailing.

14. Defendant's collection efforts violated 15 U.S.C. §1692e or -f(8).

15. WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff $1,000 statutory damages under the FDCPA.

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and further relief as law or equity may provide.

                          THE PLAINTIFF

*Joanne S. Faulkner*

                BY_____/s/ Joanne S. Faulkner____
                JOANNE S. FAULKNER ct04137
                    123 Avon Street
                    New Haven, CT 06511-2422
                    (203) 772-0395
                    faulknerlawoffice@snet.net