```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

ARTHUR GURDEK

    Plaintiff,                  :

:

V.                                      :  CASE NO. 3:15CV838(RNC)

:

GRAGIL ASSOCIATES, INC., ET AL  :

:

    Defendants.              :

<u>ORDER</u>

The parties have reported that this action has been settled in full. Rather than continue to keep the case open on the docket, the Clerk is directed to close the file without prejudice to reopening on or before October 10, 2015.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before October 10, 2015.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b). So ordered.

Dated at Hartford, Connecticut this 10th day of September 2015.

                                            /s/ RNC
                                    Robert N. Chatigny
                               United States District Judge